UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REYES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. YOUNG, et al.,<br><br>　　　　Defendants. | No. 2:17-cv-0966 GEB KJN P<br><br><br>ORDER |

Plaintiff has filed a motion for extension of time to file an amended complaint. Good cause appearing, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 11) is granted;

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

Dated: June 21, 2017

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mp
reye0966.36