UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID REYES,

    Plaintiff,

  v.

A. YOUNG, et al.,

    Defendants.

No. 2: 17-cv-0966 GEB KJN P

FINDINGS & RECOMMENDATIONS

On June 22, 2017, the undersigned granted plaintiff a thirty days extension of time to file an amended complaint. (ECF No. 14.) On July 5, 2017, this order was returned unserved because plaintiff was "out to medical." On July 18, 2017, the Clerk of the Court re-reserved the June 22, 2017 order on plaintiff.

Thirty days have passed since July 18, 2017, and plaintiff has not filed an amended complaint or otherwise responded to the June 22, 2017 order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated: September 13, 2017

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rey966.fta