UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID REYES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. YOUNG, et al.,<br><br>　　　　　Defendants. | No. 2:17-cv-0966 GEB KJN P<br><br>FINDINGS AND RECOMMENDATIONS |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. On October 5, 2017, the undersigned granted plaintiff thirty days to file either an amended complaint or notice that he intended to proceed on the claims found potentially colorable in the original complaint. (ECF No. 17.) The undersigned cautioned plaintiff that failure to respond to the October 5, 2017 order would result in a recommendation of dismissal of this action. (Id.)

Thirty days passed and plaintiff did not respond to the October 5, 2017 order.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, plaintiff may file written objections with the court and serve a copy on all parties. Such a document should be captioned

1

"Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 14, 2017

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Rey966.56